1 SHANNON S. PIERCE
Nevada Bar No. 12471
2 VERONICA A. PETERSON
Nevada Bar No. 13841
3 FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
4 Reno, NV 89501
Telephone: (775) 788-2200
5 Facsimile: (775) 786-1177
Email: spierce@fclaw.com
6 Email: vpeterson@fclaw.com

7 Attorneys for Defendants
Flamingo Las Vegas Operating Company, LLC and
8 Caesars Enterprise Services, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAKITA SCRUGGS, an individual<br><br>Plaintiff,<br><br>v.<br><br>FLAMINGO LAS VEGAS; CAESARS ENTERPRISE SERVICE, LLC AS AGENT FOR FLAMINGO LAS VEGAS; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-02300-JAD-CWH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT** |

WHEREAS, on August 31, 2017, Plaintiff filed the instant action;

WHEREAS, on September 7, 2017, Plaintiff served Defendant Caesars Enterprise Services, LLC with the summons and complaint in this action;

WHEREAS, Defendants have requested a two-week extension of the deadline to answer the complaint on file in this action, and Plaintiff has agreed to this request;

NOW THEREFORE, THE PARTIES STIPULATE that the deadline for Defendants Flamingo Las Vegas Operating Company, LLC and Caesars Enterprise Services, LLC, currently set for September 28, 2017, shall be continued until October 12, 2017.

Pursuant to LR IA 6-1, the parties state that this is the first extension of any deadline sought

1

in this case. No prior extensions of any type have been sought or granted. Good cause exists for this extension as counsel for Defendants had competing court deadlines in other unrelated cases and requires additional time to prepare an initial pleading.

**SO STIPULATED:**

DATED: September 28, 2017                    FENNEMORE CRAIG, P.C.

    /s/ Shannon S. Pierce
Shannon S. Pierce (Bar No. 12471)
Veronica A. Peterson (Bar No. 13841)
300 East Second Street, Suite 1510
Reno, Nevada 89501
Tel: (775) 788-2200
Fax: (775) 786-1177

Attorneys for Defendants
Flamingo Las Vegas Operating Company, LLC and Caesars Enterprise Services, LLC

DATED: September 28, 2017                    THE THATER LAW GROUP, P.C.

/s/ M. Lani Esteban-Trinidad *(with permission)*
M. Lani Esteban-Trinidad, Esq.(Bar No. 6967)
6390 W. Cheyenne Ave., Suite A
Las Vegas, Nevada 89108
Tel: (702) 736-5297
Fax: (702) 736-5299

Attorney for Plaintiff Lakita Scruggs

IT IS SO ORDERED.

DATED: September 29, 2017

_____
U.S. MAGISTRATE JUDGE

13274900.1