**THE THATER LAW GROUP, P.C.**
M. LANI ESTEBAN-TRINIDAD, ESQ.
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Ste. A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Fax: (702) 736-5299
E-Mail: lani@thaterlawgroup.com

*Attorney for Plaintiff*
LAKITA SCRUGGS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAKITA SCRUGGS, an individual,<br>　　　　　Plaintiff,<br>vs.<br>FLAMINGO LAS VEGAS; CAESARS ENTERPRISE SERVICE, LLC AS AGENT FOR FLAMINGO LAS VEGAS; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br>　　　　　Defendants. | Case No. 2:17-cv-02300-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE**<br><br>ECF No. 13 |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lakita Scruggs ("Plaintiff") and Defendants Flamingo Las Vegas Operating Company, LLC and Caesars Enterprise Service, LLC ("Defendants"), by and through their respective attorneys of record, that Plaintiff's Complaint against Defendants (and all claims asserted therein) be dismissed in its entirety, **with prejudice**, with each party to bear its or her own fees and costs.

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED this 20th day of December, 2017.

**THE THATER LAW GROUP, P.C.**

/s/ M. Lani Esteban-Trinidad
M. LANI ESTEBAN-TRINIDAD, ESQ.
Nevada Bar No. 6967
6390 W. Cheyenne Ave., Suite A
Las Vegas, NV 89108
Telephone: (702) 736-5297
Facsimile: (702) 736-5299

*Attorney for Plaintiff*
LAKITA SCRUGGS

DATED this 20th day of December, 2017.

**FENNEMORE CRAIG, P.C.**

/s/ Shannon S. Pierce
SHANNON S. PIERCE, ESQ.
Nevada Bar No. 12471
VERONICA A. PETERSON, ESQ.
Nevada Bar No. 13841
300 East Second Street, Suite 1510
Reno, NV 89501

*Attorneys for the Defendants*
FLAMINGO LAS VEGAS OPERATING COMPANY, LLC and
CAESARS ENTERPRISE SERVICE, LLC

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice, with each party to bear its or her own attorneys' fees and costs.

The Clerk of Court is directed to CLOSE THIS CASE.

DATED this 20th day of December, 2017.

_____
U.S. DISTRICT COURT JUDGE